IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 AM 11: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| BHN CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-2099 BA |
| ) | |
| THE CLARK CONTRUCTION ) | |
| GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING
## MOTION FOR PERMISSION TO PARTICIPATE
## *PRO HAC VICE* IN A PARTICULAR CASE

On behalf of Defendant The Clark Construction Group, Inc., James R. Newland, Jr. has applied for permission to participate in this action pursuant to LR 83.1(b) of the Rules of the United States District Court for the Western District of Tennessee.

For good cause shown, the Motion for Permission to Participate *Pro Hac Vice* in a Particular Case is well taken and is hereby, GRANTED.

ORDERED AND ADJUDGED, this the 29⁸ day of _____, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02099 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Jeffrey R. Gans
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

John W. Ralls
THELEN REID & PRIEST
101 Second Street
18th Fl.
San Francisco, CA 94105

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael Evan Jaffe
THELEN REID & PRIEST LLP
701 Eight St., N.W.
Washington, DC 20001--372

Jeffrey C. Smith
Armstrong Allen, PLLC
80 Monroe Avenue
Suite 700
Memphis, TN 38103

James R. Newland
THELEN REID & PRIEST
701 Eighth St., N.W.
Ste. 800
Washington, DC 20001--372

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Ira Genberg
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Honorable J. Breen
US DISTRICT COURT